# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY TUCK,<br><br>　　　　　　Plaintiff,<br>　v.<br>CREDIT ONE BANK, a foreign corporation, identity unknown; SHERMAN FINANCIAL GROUP, LLC, a foreign corporation, identity unknown; F.N.B.M., LLC, a foreign corporation, identity unknown; LVNV FUNDING LLC, a foreign corporation, identity unknown; RESURGENT CAPITOL SERVICES, a foreign corporation, identity unknown; EQUIFAX INFORMATION SOLUTIONS, LLC, a national credit reporting agency [CRA]; TRANS UNION, LLC, a national credit reporting agency [CRA]; EXPERIAN, a national credit reporting agency [CRA]; and DOES 1-25,<br><br>　　　　　　Defendants. | CASE NO. 17cv1346-WQH-BLM<br><br>ORDER |

HAYES, Judge:

　　On August 15, 2017, the Court issued an order granting Plaintiff's motion to proceed in forma pauperis and dismissing the Complaint without prejudice pursuant to Rule 11 and 28 U.S.C. § 1915(e)(2)(B). The Court granted Plaintiff leave to file an amended complaint for a period of twenty (20) days following the August 15, 2017

order. The docket reflects that Plaintiff has not filed an amended complaint. Plaintiff's complaint remains dismissed and the Clerk of Court is directed to close this action.

DATED: September 25, 2017

**WILLIAM Q. HAYES**
United States District Judge