FILED

17 NOV 30 PM 2:39

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _ LC                                      DEPUTY

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

ROY TUCK,

               Plaintiff,

            v.

CREDIT ONE BANK, a foreign
corporation, identity unknown,
SHERMAN FINANCIAL GROUP, LLC,
a foreign corporation, identity unknown,
F.N.B.M., LLC, a foreign corporation,
identity unknown, LVNV FUNDING,
LLC, a foreign corporation, identity
unknown, RESURGENT CAPITOL
SERVICES, a foreign corporation, identity
unknown, EQUIFAX INFORMATION
SOLUTION, LLC, a national credit
reporting agency [CRA] TRANS UNION,
LLC, a national credit reporting agency
[CRA] EXPERIAN, a national credit
reporting agency [CRA] Does 1-25,
inclusively,

               Defendants.

Case No.: 3:17-cv-01346-WQH-BLM

**ORDER GRANTING JOINT
MOTION TO DISMISS WITH
PREJUDICE**

Honorable William Q. Hayes

Before the Court is the parties' Joint Motion to Dismiss with Prejudice Defendants Credit One Bank, N.A., Sherman Financial Group, LLC, FNBM, LLC, LVNV Funding, LLC, and Resurgent Capital Services, LP, *erroneously sued as* Resurgent Capitol Services (collectively "Defendants").

The Court hereby **ORDERS** that the stipulation is **GRANTED** and Defendants are dismissed with prejudice, with each party bearing its respective costs and attorney's fees.

**IT IS SO ORDERED.**

DATED: __11/2H__, 2017

_____
Hon. William Q. Hayes
United States District Court Judge

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

– 1 –
ORDER